STATE of Missouri, Plaintiff/Respondent,

v.

George KYLES, Defendant/Appellant.

George KYLES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 61570, 63584.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 21, 1993.

S. Paige Canfield, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky O. Kilpatrick, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, C.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction, by a jury, of possession of a controlled substance, heroin, in violation of § 195.202, RSMo Supp. 1992. He was sentenced by the court as a prior and persistent offender to a seven year prison term. He also appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. A written opinion would have no precedential

value nor serve any jurisprudential purpose. Rule 30.25(b); Rule 84.16(b).